**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.** 3:18-cv-00238-AC

STATE OF OREGON by and through Ellen F. Rosenblum, Attorney General for the STATE OF OREGON

**Plaintiff(s),**

**v.**

MONSANTO COMPANY; SOLUTIA INC.; PHARMACIA LLC, et al.

**Defendant(s).**

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Nicholas D. Kayhan requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1) PERSONAL DATA:**

Name: Kayhan Nicholas D
*(Last Name)* *(First Name)* *(MI)* *(Suffix)*

Firm or Business Affiliation: King & Spalding LLP

Mailing Address: 101 Second Street, Suite 2300

City: San Francisco State: CA Zip: 94105

Phone Number: +1 (415) 318-1200 Fax Number: +1 (415) 318-1300

Business E-mail Address: nkayhan@kslaw.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
California; December 11, 1987; 129878

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
United States District Court, Northern District of California - 1987
United States District Court, Central District of California - 1987
United States District Court, Eastern District of California - 2017

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Monsanto Company, Solutia Inc. and Pharmacia LLC

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 1st day of February, 2018

[signature]
*(Signature of Pro Hac Counsel)*

Nicholas D. Kayhan
*(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 7th day of February, 2018

_(Signature of Local Counsel)_

Name: Hansen, Richard K.
*(Last Name)* *(First Name)* *(MI)* *(Suffix)*

Oregon State Bar Number: 832231

Firm or Business Affiliation: Schwabe, Williamson & Wyatt, P.C.

Mailing Address: 1211 SW 5th Avenue, Suite 1900

City: Portland State: OR Zip: 97007

Phone Number: 503-796-2958 Business E-mail Address: rhansen@schwabe.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this ________ day of ____________, ___________

______________________________
Judge