**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.** 3:18-cv-00238-MO

STATE OF OREGON by through Ellen F. Rosenblum, Attorney General for the STATE OF OREGON

**Plaintiff(s),**

**v.**

MONSANTO COMPANY; SOLUTIA, INC.; PHARMACIA LLC, et al.

**Defendant(s).**

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Amy Williams-Derry requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Williams-Derry Amy C.
*(Last Name) (First Name) (MI) (Suffix)*

Firm or Business Affiliation: Keller Rohrback L.L.P.

Mailing Address: 1201 Third Avenue, Suite 3200

City: Seattle State: WA Zip: 98101

Phone Number: 206-623-1900 Fax Number: 206-623-3384

Business E-mail Address: awilliams-derry@kellerrohrback.com

**(2) BAR ADMISSIONS INFORMATION:**

**(a)** State bar admission(s), date(s) of admission, and bar ID number(s):

Washington State, December 1, 1998, WSBA # 28711

Massachusetts, September 23, 2015, BBO # 568953

**(b)** Other federal court admission(s), date(s) of admission, and bar ID number(s):

United States Supreme Court, November 9, 2015, # 296239

United States Court of Appeals, 9th Circuit, August 24, 1999

United States District Court Western Washington, July 14, 1999

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)** ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)** ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Plaintiff

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 12th day of February, 2018

Amy C. Williams-Derry

*(Signature of Pro Hac Counsel)*

Amy Williams-Derry

*(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 12th day of February, 2018

[signature]
*(Signature of Local Counsel)*

Name: Mensher *(Last Name)* Daniel *(First Name)* P. *(MI)* *(Suffix)*

Oregon State Bar Number: 074636

Firm or Business Affiliation: Keller Rohrback L.L.P.

Mailing Address: 1201 Third Avenue, Suite 3200

City: Seattle State: WA Zip: 98101

Phone Number: 206-623-1900 Business E-mail Address: dmensher@kellerrohrback.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this ________ day of ____________, __________

______________________
Judge