IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**STATE OF OREGON** by and through
Ellen F. Rosenblum, Attorney General for
the STATE OF OREGON,

    Plaintiff,

v.

**MONSANTO COMPANY; SOLUTIA, INC.; PHARMACIA LLC;** and **DOES 1 - 10,**

    Defendants.

No. 3:18-cv-00238-MO

**ORDER OF REMAND**

**MOSMAN, J.,**

Based on my Order following Oral Argument [54], IT IS HEREBY ORDERED that this action be remanded to the Multnomah County Circuit Court. All pending motions are denied as moot.

DATED this 20 day of July, 2018.

MICHAEL W. MOSMAN
Chief United States District Judge

1 – ORDER TO REMAND